# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SUBPOENA NO. 25-1431-014 : MISCELLANEOUS ACTION
: 
: NO. 25-39
: 
: FILED UNDER SEAL

## ORDER

**AND NOW**, this 9th day of July 2025, upon considering Respondent's Motions to limit subpoena and seal (ECFs 1, 2), noting today is the return date on the subpoena, and finding good cause to allow responsive pleadings before ruling, it is **ORDERED** we:

1. **STAY** The Children's Hospital of Philadelphia's obligation to respond to the contested portions of the subpoena pending further Order;

2. **DIRECT** The Children's Hospital of Philadelphia to preserve all presently withheld subpoenaed information pending further Order;

3. **GRANT** the Department of Justice leave to respond to the pending Motion to seal (ECF 2) on or before **July 24, 2025,** and leave to respond to the pending Motion to limit (ECF 1) on or before **August 4, 2025;**

4. **DIRECT** counsel for The Children's Hospital of Pennsylvania to serve this Order via email upon counsel for the Department of Justice no later than **July 10, 2025** and file a certificate of service confirming compliance no later than **July 11, 2025.**

_____
**KEARNEY, J.**