IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 25-39 |

## ORDER

**AND NOW**, this 4th day of August 2025, upon reviewing the Children's Hospital of Philadelphia's Response (ECF 12) to our July 25, 2025 Order (ECF 11) consenting to the lifting of a seal it unilaterally placed upon its pending Motion, and for good cause consistent with our collective obligation to ensure public access, it is **ORDERED** the Clerk of Court shall forthwith **unseal** the pending Motion to limit (ECF 1) without prejudice to parties seeking to preclude public access on a line-by-line basis as warranted and upon a specific demonstration in upcoming filings.

_____
KEARNEY, J.