## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-014 | No. 25-MC-0039 |

### ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Respondent, The Children's Hospital of Philadelphia's Uncontested Motion for Leave to File a Reply in Further Support of its Motion to Modify [ECF 1], it is hereby **ORDERED** that the Motion is **GRANTED**, and the Respondent's reply shall be filed by August 11, 2025.

**BY THE COURT:**

_____

#125140026v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Administrative Subpoena 25-1431-014

No. 25-MC-0039

**UNCONTESTED MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO MODIFY [ECF 1]**

Pursuant to Local Civil Rule 7.1(c) and Section III(B) of this Court's Policies and Procedures, Respondent, The Children's Hospital of Philadelphia ("CHOP") moves for Leave to File Reply in Further Support of Motion to Modify [ECF 1]. CHOP requests leave to file the Reply because the United States of America's Memorandum in Opposition to Motion to Modify (filed on August 4, 2025) [ECF 13] argues for overruling binding precedent and raises questions about the applicability of that precedent to this case, which implicates significant public policy issues involving the protection of minors' medical records. CHOP could not have anticipated these issues and thus they were not addressed in its prior papers.

Counsel for CHOP has conferred with DOJ counsel and DOJ does not oppose this motion. Similarly, CHOP will not oppose DOJ's request for a sur-reply if it deems one necessary.

Accordingly, CHOP respectfully requests that the Court enter an Order granting CHOP leave to file its reply by August 11, 2025, which is seven (7) days from the date of the filing of the Opposition.

DATED: August 5, 2025

**DILWORTH PAXSON LLP**

/s/ *Lawrence G. McMichael*
Lawrence G. McMichael (Pa. ID 28550)
Nina Spizer (Pa. ID 82443)
1650 Market Street
Suite 1200
Philadelphia, PA 19103
215-575-7000
Fax: 215-754-4603

1

2

    lmcmichael@dilworthlaw.com
    nspizer@dilworthlaw.com

    Martine E. Cicconi (*admitted pro hac vice*)
    Charles F. Connolly (*admitted pro hac vice*)
    Raphael R. Prober (*admitted pro hac vice*)
    Akin Gump Strauss Hauer & Feld
    2001 K ST, N.W.
    Washington, D.C., 20006
    Tel: 202-887-4024
    mcicconi@akingump.com
    cconnolly@akingump.com
    rprober@akingump.com

    *Attorneys for Respondent,*
    *The Children's Hospital of Philadelphia*

## **CERTIFICATE OF COUNSEL OF UNCONTESTED MOTION**

Pursuant to Local Civil Rule 7.1(b), I hereby certify that the foregoing *Uncontested Motion for Leave to File a Reply in Further Support of Motion to Modify [ECF 1]* is uncontested by Requestor, United States of America.

DATED: August 5, 2025

/s/ *Lawrence G. McMichael*
Lawrence G. McMichael (Pa. ID 28550)
*Attorneys for Respondent,*
*The Children's Hospital of Philadelphia*

#125140026v1

**CERTIFICATE OF SERVICE**

I, Lawrence G. McMichael, Esquire, hereby certify that on August 5, 2025, I caused the foregoing *Uncontested Motion for Leave to File Reply in Further Support of Motion to Modify [ECF 1]* to be filed electronically with the Court's CM/ECF system and served upon the following parties via ECF:

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
*Counsel for Requestor, United States Department of Justice*

/s/ *Lawrence G. McMichael*
Lawrence G. McMichael

#125140026v1