# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 25-39 |

# ORDER

**AND NOW**, this 5th day of August 2025, upon considering the Children's Hospital of Philadelphia's Motion for leave to file a reply (ECF 15) in support of its Motion to limit (ECF 1), representing the United States does not oppose its Motion, and finding good cause based on its representations including consenting to a surreply if warranted, it is **ORDERED** the Motion (ECF 15) is **GRANTED** requiring we grant Children's Hospital of Philadelphia leave to file a Reply not exceeding ten pages and limited to issues newly raised in the Opposition (ECF 13) by no later than **August 11, 2025** and, only if warranted, grant the United States leave to file a surreply not exceeding five pages limited to issues newly raised in the Reply by no later than **August 15, 2025**.

_____
**KEARNEY, J.**