IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 25-39 |

# ORDER

**AND NOW**, this 20th day of August 2025, upon considering the subpoenaed witness's Motion to limit subpoena (ECF 1), the United States' Opposition (ECF 13), the subpoenaed witness's Reply (ECF 20), and finding questions arising from our ongoing study of the scope of administrative subpoenas in furtherance of United States' investigations mindful the parties did not brief whether a subpoenaed health care provider has challenged a similar subpoena before a court, and for good cause, it is **ORDERED** the United States shall email joint letters *in camera* to Chambers' email not exceeding ten pages copying the subpoenaed witness's counsel by no later than **September 3, 2025** and **September 24, 2025** representing the parties' present and updated understanding of any other challenges, appraising us of the status of subpoenas concerning gender-related care issued by the United States to other health care providers, and attaching docket sheets, issued Orders, and Opinions in such challenges to date.

KEARNEY, J.