IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 25-39 |

# **ORDER**

**AND NOW**, this 29th day of August 2025, upon considering Counsels' joint Request for a telephonic status conference to address common questions arising from our August 20, 2025 Order (ECF 22), it is **ORDERED** we will hold a telephonic conference on **September 2, 2025** at **10:00 A.M.** via ZoomGov (1-646-828-7666; Meeting ID: 161 188 6512; Passcode: 637428).

**KEARNEY, J.**