**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-014 | No. <u>25-MC-0039</u> |

## ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Respondent, The Children's Hospital of Philadelphia's Contested Motion for Leave to File a Supplemental Brief in Further Support of its Motion to Modify [ECF 1], it is hereby **ORDERED** that the Motion is **GRANTED**, and the Respondent's supplemental brief shall be filed by October 14, 2025.

**BY THE COURT:**

_____