## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Administrative Subpoena 25-1431-014 | Case No. 25-mc-0039-MAK |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2025, I served a true and correct copy of the foregoing Contested Motion for Leave to File Supplemental Brief in Further Support of Motion to Modify [ECF 1] on all counsel electronically via the CM/ECF System.

                                             /s/ *Timothy J. Ford*
                                             Timothy J. Ford

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Administrative Subpoena 25-1431-014 | Case No. 25-mc-0039-MAK |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I served a true and correct copy of the forgoing Notice of Appearance on all counsel electronically via the CM/ECF System.

/s/ *Timothy J. Ford*
Timothy J. Ford