# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADIMINISTRATIVE SUBPOENA NO. 25-1431-014 | Miscellaneous Action<br><br>No. 25-mc-39-MAK |

## GOVERNMENT'S MEMORANDUM IN RESPONSE TO CHILDREN'S HOSPITAL OF PHILADELPHIA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

On the afternoon of October 7, 2025, before filing its Motion for Leave to File Supplemental Brief (ECF 26), counsel for the Children's Hospital of Philadelphia ("CHOP") conferred via videoconference with Government counsel regarding the instant motion, inquiring whether the United States would oppose it. During that discussion, Government counsel advised that it would not oppose the motion if CHOP agreed that the United States could file a response to any supplemental brief the hospital submitted. CHOP's counsel, however, declined to grant that reciprocal consent. Because of that refusal, the Government indicated that it would oppose CHOP's request to file a supplemental brief.

Following the filing of CHOP's motion for leave, the Court indicated in its Order of October 8, 2025 (ECF 27), that the United States will be permitted to file a response to any supplemental briefing that CHOP submits. *See* Order (ECF 27) ("[T]he United States will be granted leave to address substantive concerns with the Respondent's supplement if we grant Respondent leave."). With the Court's grant of leave to the United States, the Government's concern has been resolved.

Accordingly, the United States no longer opposes CHOP's motion for leave to file supplemental briefing; rather, the Government takes no position on whether such briefing should

be permitted, subject to the Court's assurance that the United States will have an opportunity to respond.

Dated this 9th day of October, 2025.

        Respectfully submitted,

        BRETT SHUMATE
        Assistant Attorney General

        JORDAN C. CAMPBELL
        Deputy Assistant Attorney General

        LISA K. HSIAO
        Acting Director

        */s/ Ross S. Goldstein*
        ROSS S. GOLDSTEIN
        PATRICK RUNKLE
        Assistant Directors

        SCOTT B. DAHLQUIST
        Trial Attorney

        United States Department of Justice
        Enforcement & Affirmative Litigation Branch[1]
        P.O. Box 386
        Washington, DC 20044
        Tel:    202-353-4218
        Fax:   202-514-8742
        ross.goldstein@usdoj.gov

---

[1] The Consumer Protection Branch of the Department of Justice's Civil Division is now the Enforcement and Affirmative Litigation Branch ("EALB"); EALB"s Enforcement Section holds all legal authorities previously held by the Consumer Protection Branch.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I caused the foregoing Memorandum in Response to be filed electronically using the Court's CM/ECF system, through which email notice of the filing will be sent to all counsel of record and will be made available for viewing and downloading from the CM/ECF system.

Dated this 9th day of October, 2025

                                                              _/s/ Ross S. Goldstein_
                                                              ROSS S. GOLDSTEIN