IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SUBPOENA NO. 25-1431-014 : MISCELLANEOUS ACTION
: 
: NO. 25-39
:
:

## ORDER

**AND NOW**, this 9th day of October 2025, upon considering Respondent's Motion (ECF 26) for leave to file supplemental memoranda to address issues arising from the United States' representations in No. 25-mc-54, the United States' Response (ECF 28) consenting to the supplement guided by our October 8, 2025 Order (ECF 27), and finding good cause to allow a fulsome review of arguments before ruling, it is **ORDERED** we:

1. **GRANT** Respondent's Motion (ECF 26) with leave to file a supplemental memorandum not exceeding ten pages consistent with its concerns in the Motion (ECF 26) by no later than **October 15, 2025** with leave for the United States to respond in memoranda not exceeding ten pages filed no later than **October 24, 2025**; and,

2. **AMEND** our August 20, 2025 and September 2, 2025 Orders (ECFs 22, 25) consistent with our direction in the October 8, 2025 Order (ECF 27) only to require the United States email fulsome *in camera* updates of developments including appeal status to Chambers on **October 14** and **October 27, 2025** and every seven days thereafter until further Order.

_____
KEARNEY, J.