**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-014 | No. 25-MC-0039 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO MODIFY [ECF 1]**

Pursuant to Local Civil Rule 7.1(c) and Section III(B) of this Court's Policies and Procedures, Respondent, The Children's Hospital of Philadelphia ("CHOP") moves for an Extension of Time to File Supplemental Brief in Further Support of Motion to Modify [ECF 1].

On October 7, 2025, CHOP filed a Motion for Leave to File Supplemental Brief in Further Support of Motion to Modify. *See* ECF 26. The Court granted that motion today, October 10, 2020, directing CHOP to file its brief by October 15, 2025. *See* ECF 28. Given the complexity of the issues and the Court's intention to engage in a fulsome review of the arguments before ruling, CHOP respectfully requests that the Court extend the time for CHOP to file its Supplemental Brief by five days to October 20, 2025.

Counsel for CHOP contacted counsel for the Government, who indicated that they consent to the relief sought in this Motion and request a corresponding enlargement of their time to respond, with a new deadline of November 3, 2025.

Respectfully submitted,

DATED: October 10, 2025

**DILWORTH PAXSON LLP**

/s/ *Lawrence G. McMichael*
Lawrence G. McMichael (Pa. ID 28550)
Nina Spizer (Pa. ID 82443)
1650 Market Street
Suite 1200
Philadelphia, PA 19103
215-575-7000

Fax: 215-754-4603
lmcmichael@dilworthlaw.com
nspizer@dilworthlaw.com

Martine E. Cicconi * Admitted Pro Hac Vice
Charles F. Connolly * Admitted Pro Hac Vice
Raphael R. Prober * Admitted Pro Hac Vice
Akin Gump Strauss Hauer & Feld
2001 K ST, N.W.
Washington, D.C., 20006
Tel: 202-887-4024
mcicconi@akingump.com
cconnolly@akingump.com
rprober@akingump.com

*Attorneys for Respondent,*
*The Children's Hospital of Philadelphia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, the foregoing Consent Motion for Extension of Time to File a Supplemental Brief in Further Support of its Motion to Modify was filed, served, and made available for viewing and downloading from the C/M ECF system upon all counsel and parties of record.

**DILWORTH PAXSON LLP**

/s/ *Lawrence G. McMichael*
Lawrence G. McMichael

*Attorney for Respondent,*
*The Children's Hospital of Philadelphia*