**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | MISCELLANEOUS ACTION<br><br>No. 25-mc-0039-MAK |

**MOTION FOR LEAVE TO FILE *AMICUS BRIEF* IN SUPPORT OF MOTION TO LIMIT THE *SUBPOENA DUCES TECUM* ISSUED ON JUNE 12, 2025**

Proposed Amici Curiae Josh Shapiro in his official capacity as Governor of Pennsylvania, the Commonwealth of Massachusetts, and other states (together, "Amici"), respectfully move fonr leave to file an amicus brief in support of the Motion to Limit the *Subpoena Duces Tecum* Issued on June 12, 2025 filed by the Children's Hospital of Philadelphia (CHOP) (ECF 1). The proposed amicus brief, which does not exceed 20 pages consistent with the limits set on memoranda by Section IV(C) of this Court's Policies and Procedures, is attached as **Exhibit 1.**

District courts have "inherent authority" to grant the filing of amicus briefs. *Liberty Res., Inc. v. Philadelphia Hous. Auth.*, 395 F. Supp. 2d 206, 209 (E.D. Pa. 2005); *accord In re Nazi Era Cases Against German Defendants Litig.*, 153 F. App'x 819, 827 (3d Cir. 2005). Amicus briefs are "especially proper" when "an issue of general public interest is at stake" or where amicus briefs "will ensure a complete and plenary presentation of difficult issues." *Liberty Res., Inc.*, 395 F. Supp. 2d at 209 (cleaned up).

Amici are sovereign states with an interest in the regulation of the practice of medicine within their own borders, including by licensing doctors and other medical professionals, implementing standards of care for a wide variety of medical procedures and treatments, and enforcing those standards and other related regulations. This includes the provision of medically

necessary gender-affirming care for youth under 19.

Amici support CHOP's motion to limit the subpoena served by the Department of Justice because it demands highly confidential patient information without justification; it threatens to interfere with the doctor-patient relationship; it seeks to intimidate medical providers from offering critical, medically necessary health care; and it rests on a flawed legal justification that would intrude on the States' authority to regulate the practice of medicine within their borders.

The proposed brief will assist the Court in its consideration of the pending motion because Amici can speak to the harm DOJ's improper investigations will inflict on them and their residents. Many Amici have sought to enjoin the unlawful and improper campaign by DOJ to intimidate providers of gender-affirming care to abandon their patients. *See Massachusetts v. Trump*, 25-cv-12162 (D. Mass.) (Aug. 1, 2025).

As explained in the proposed amicus brief, the position taken by DOJ in the related matter, DOJ Mem., *In Re: Administrative Subpoena No. 25-1431-014*, No. 25-54, ECF No. 16 (E.D.Pa.), further subjects Amici to harm by taking an expansive and harmful view of the Food Drug and Cosmetic Act (FDCA) that is contrary to settled law and could subject research and medical institutions in Amici States to significant liability. Amici, their medical institutions, and their transgender residents will all be harmed if DOJ is permitted to continue to harass and improperly investigate medical providers with the express intent of eliminating medically necessary gender-affirming care. Further, the expansive and unprecedented expansion in the theory of liability under the FDCA could subject research and medical institutions in Amici to considerable consequences.

Counsel for Amici  have conferred with counsel of record for the parties in this case. Counsel for CHOP consent to Amici's motion for leave to file an amicus brief. Counsel for the

United States stated that they take no position on Amici's motion.

For these reasons, Amici respectfully request that the Court grant this motion and docket the attached amicus brief.

DATE: October 27, 2025                        Respectfully submitted,

                                             JENNIFER SELBER
                                               *General Counsel*
                                             MICHAEL J. FISCHER
                                               *Executive Deputy General Counsel*

                                             */s/ Aimee D. Thomson*
                                             _____
                                             AIMEE D. THOMSON
                                               *Deputy General Counsel*
                                             Governor's Office of General Counsel
                                             30 N. 3rd St., Suite 200
                                             Harrisburg, PA 17101
                                             Tel.: (223) 234-4986
                                             aimeethomson@pa.gov

                                             *Attorneys for Governor Josh Shapiro*

## CERTIFICATE OF SERVICE

I, Aimee D. Thomson, hereby certify that I have this day, October 27, 2025, served the foregoing document upon all parties of record by electronically filing to all ECF-registered parties.

/s/ *Aimee D. Thomson*
Aimee D. Thomson
