## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | MISCELLANEOUS ACTION<br><br>No. 25-mc-0039-MAK |

## **ORDER**

**AND NOW**, this ___ day of _____, 20__, upon consideration of Motion (ECF 34) filed by Proposed Amici Curiae Josh Shapiro in his official capacity as Governor of Pennsylvania, the Commonwealth of Massachusetts, and other states (together, "Amici"), for leave to file amicus brief in support of motion to limit the *subpoena duces tecum* issued on June 12, 2025 (ECF 1), and for good cause shown, it is **ORDERED** we **GRANT** Proposed Amici's Motion (ECF 34). The Clerk is directed to file of record the amici curiae brief attached to the Motion (ECF 34-1).

                                                                    _____
                                                                    **KEARNEY, J.**