IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : MISCELLANEOUS ACTION |
| | : |
| | : NO. 25-39 |
| | : |
| | : |

## ORDER

**AND NOW**, this 28th day of October 2025, upon considering the Commonwealth Governor's along with other states' Motion for leave to file an *amicus* brief (ECF 34) in support of Respondent The Children's Hospital of Philadelphia's Motion to limit (ECF 1), representing Respondent does not oppose the relief and the United States takes no position, and finding no prejudice in presenting the Governor's concerns but reminding counsel of the limits in the Respondent's requested relief (ECF 1) relating only to Respondent's services and obligations under the subpoena (ECF 1, pp. 34-59), it is **ORDERED** we **GRANT** the Governor's and states' Motion (ECF 34) requiring we:

1. **DIRECT** the Clerk of Court forthwith file the amicus brief (ECF 34-1); and,

2. **GRANT** the United States leave to respond to the amicus brief (ECF 34-1) compliant with our Policies as warranted on or before **November 4, 2025.**

_____
KEARNEY, J.