# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-014** | MISCELLANEOUS ACTION<br><br>Case Nos. 25-mc-39-MAK<br>25-mc-54-MAK |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY

The United States files the following notice of supplemental authority in the above-captioned cases as the Court considers the movants' motions to quash the administrative subpoena. On November 6, 2025, the Supreme Court granted emergency relief to the Government in *Trump v. Orr*, 607 U.S. __, No. 25A319 (Nov. 6, 2025), ruling that an Executive Order requiring United States passports to display a person's biological sex at birth was permissible and was not motivated by a desire to harm transgender individuals. In granting that relief, the Supreme Court rejected contrary findings by a district judge in the District of Massachusetts, who granted a preliminary injunction on a theory that (among other things) the President's Executive Orders on transgender topics—including Executive Order 14,187, the order at issue in this litigation—were improper because they are "built on a foundation of irrational prejudice" and "moral disapproval" of transgender Americans. The Supreme Court disagreed with the district court's characterizations of the purpose behind the Executive Order at issue in that matter. The findings that the Supreme Court rejected on an expedited basis are also similar to the reasoning of the district judges who have quashed the Government's subpoenas to

other entities in these administrative subpoena matters. The Supreme Court's decision is attached as Exhibit A, and the district court's now-rejected ruling is attached as Exhibit B.

Dated this 10th day of November, 2025.

                Respectfully submitted,

                **FOR THE UNITED STATES OF AMERICA**

                BRETT SHUMATE
                Assistant Attorney General
                JORDAN C. CAMPBELL
                Deputy Assistant Attorney General

                LISA K. HSIAO
                Acting Director

                */s/ Patrick R. Runkle*
                ROSS S. GOLDSTEIN
                PATRICK R. RUNKLE
                Assistant Directors
                SCOTT B. DAHLQUIST
                Trial Attorney

                United States Department of Justice
                Enforcement and Affirmative Litigation Branch
                P.O. Box 386
                Washington, DC 20044
                Tel:    202-532-4723
                Fax:   202-514-8742
                patrick.r.runkle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I served the foregoing Notice of Supplemental Authority via ECF to counsel of record.

Dated this 10th day of November 2025.

                                        */s/ Patrick Runkle*
                                        PATRICK RUNKLE