IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : MISCELLANEOUS ACTION |
| | : |
| | : NO. 25-39 |
| | : |
| | : |

## ORDER

**AND NOW**, this 18th day of November 2025, noting counsel did not attach and we have been unable to find an Attorney General Order described by the Department of Justice as authority to seek documents responsive to Subpoena Request 11-13 in the public dockets, records, or in cases in other Districts, and for good cause to ensure we understand the Department of Justice's argument, it is **ORDERED** the Department of Justice shall, on or before **5:00 PM** on **November 19, 2025**, file a "Notice of Cited Authority" attaching Attorney General Order Number 3591-2015 cited by the Department along with amendments to the Order.[1]

_____
KEARNEY, J.

---

[1] Director of the Department of Justice's Enforcement and Affirmative Litigation Branch Lisa K. Hsaio attests Attorney General Order Number 3591-2015 grants Assistant Attorney General Brett Shumate authority to issue and serve the Subpoena including the three document requests before us. *See* Declaration of Lisa K. Hsiao ¶ 5, *In re: Administrative Subpoena No. 25-1431-014*, 25-54 (E.D. Pa. Oct. 6, 2025), ECF 16-1 ("Pursuant to Attorney General Order Number 3591-2015, dated November 10, 2015, the Attorney General authorized the Assistant Attorney General for the Civil Division to issue and serve administrative subpoenas pursuant to 18 U.S.C. §§ 3486(a)(1)(A) and (a)(1)(B) to investigate violations of the FDCA that relate to a health care benefit program.").