UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-014 | Misc. Action No. 2:25-mc-39-MAK |

## GOVERNMENT'S NOTICE OF CITED AUTHORITY

The United States of America respectfully submits this Notice pursuant to the Court's Order of November 18, 2025, directing the Department of Justice to file the Attorney General Order cited by the Government as the source of authority for issuing and serving the subpoena at issue, including Subpoena Requests 11–13. ECF 41.

Attached as Exhibit A to this Notice is Attorney General Order No. 3591-2015, dated November 10, 2015. As described in the Declaration of Lisa K. Hsiao previously filed in this matter, this order delegates to the Assistant Attorney General for the Civil Division the authority to issue and serve administrative subpoenas under 18 U.S.C. § 3486(a)(1) in investigations of potential violations of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 301 *et seq.*, "FDCA") relating to a health care benefit program. *See* Hsiao Decl. ¶ 5, *In Re Admin. Subpoena No. 25-1431-014,* No. 25-mc-54, ECF 16-1 (E.D. Pa. Oct. 6, 2025). Such subpoenas "may require the production of any records or other things relevant to the investigation." 18 U.S.C. § 3486(a)(1)(B). The Hsiao Declaration before the Court further explains how Subpoena Requests 11–13 are relevant to the Government's investigation of potential FDCA violations here. *See* Hsiao Decl. ¶ 41.

Dated, this 19th day of November, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

 */s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
ross.goldstein@usdoj.gov

3

## CERTIFICATE OF SERVICE

I, Ross S. Goldstein, certify that on November 19, 2025, I caused the foregoing Notice of Cited Authority to be filed electronically using the Court's CM/ECF system, through which email notice of the filing will be sent to all counsel of record and will be made available for viewing and downloading from the CM/ECF system.

Dated this 19th day of November, 2025.

                                                            */s/ Ross S. Goldstein*
                                                            ROSS S. GOLDSTEIN