# EXHIBIT A



# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 3591-2015

## DELEGATION OF AUTHORITY TO ISSUE ADMINISTRATIVE SUBPOENAS IN INVESTIGATIONS OF FEDERAL HEALTH CARE OFFENSES

By virtue of the authority vested in the Attorney General by 28 U.S.C. § 510 and 18 U.S.C. § 3486, I hereby delegate to all United States Attorneys and the Assistant Attorney General for the Criminal Division my authority to issue and cause to be served administrative subpoenas pursuant to 18 U.S.C. §§ 3486(a)(1)(A)(i)(I) and (a)(1)(B). I hereby further delegate this authority to the Assistant Attorney General for the Civil Division, limited to the investigation of violations of section 301 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 331) that relate to a health care benefit program. This authority may be redelegated to Assistant United States Attorneys and Trial Attorneys of the Criminal and Civil Divisions, as each United States Attorney, the Assistant Attorney General for the Criminal Division, or the Assistant Attorney General for the Civil Division, respectively, deems appropriate.

I further delegate to all United States Attorneys, the Assistant Attorney General for the Criminal Division, and the Assistant Attorney General for the Civil Division my authority to seek enforcement pursuant to 18 U.S.C. § 3486(c) of the administrative subpoenas that they would have authority to issue and to file an application seeking an *ex parte* order pursuant to 18 U.S.C. § 3486(a)(6) with respect to these subpoenas.

This order supersedes the previous delegation of this subpoena authority, Attorney General Order No. 2468-2001 (June 28, 2001).

Nov. 10, 2015
Date

Loretta E. Lynch
Attorney General

2