UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-014 | Misc. Action No. 2:25-mc-0039-MAK |

### GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America, the respondent in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the order of this Court entered on November 21, 2025 (ECF 44).

Dated this 16th day of January, 2026.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director

 /s/ Ross S. Goldstein
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044
Tel:        202-353-4218
Fax:       202-514-8742
Ross.Goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any indicated as non-registered participants on January 16, 2026.

Dated: this 16th day of January, 2026.

                                                                               */s/ Ross S. Goldstein*