**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE: SUBPOENA NO. 25-1431-014** | **MISCELLANEOUS ACTION**<br><br>**NO. 25-39** |

## MOTION TO CONFIRM JURISDICTION

Pursuant to Local Rule 7.1, Respondent, The Children's Hospital of Philadelphia ("CHOP"), respectfully moves this Court for an order confirming that it retains jurisdiction over Administrative Subpoena No. 25-1431-014. In support of its Motion, CHOP incorporates its Brief in support of its Motion by reference.

Respectfully submitted,

Dated: May 6, 2026

/s/ *Lawrence G. McMichael*
Lawrence G. McMichael, Pa. Id. No. 28550
Timothy J. Ford, Pa. Id. No. 325290
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
lmcmichael@dilworthlaw.com
tford@dilworthlaw.com

Charles F. Connolly*
**AKIN GUMP STRAUSS HAUER &**
**FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006-1037
Tel.: (202) 887-4070
cconnolly@akingump.com

*\* Admitted pro hac vice*

*Attorneys for Respondent,*
*The Children's Hospital of Philadelphia*

#125625854v1