**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: SUBPOENA NO. 25-1431-014** | **MISCELLANEOUS ACTION** |
| | **NO. 25-39** |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Respondent The Children's Hospital of Philadelphia's Motion to Confirm Jurisdiction, and any response, it is hereby **ORDERED** that the Motion is **GRANTED**. The Court retains jurisdiction over any disputes arising under or related to Administrative Subpoena No. 25-1431-014 that is the subject of this matter.

                                        **BY THE COURT:**


                                        _____
                                        **KEARNEY, J.**

#125625866v1