**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE: SUBPOENA NO. 25-1431-014** | **MISCELLANEOUS ACTION**<br><br>**NO. 25-39** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 6, 2026, I caused a true and correct copy of the foregoing Motion to Confirm Jurisdiction to be served upon all counsel electronically via the Court's electronic filing system.

/s/ *Timothy J. Ford*

Timothy J. Ford